IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICKIE MAYS                                                                                           PLAINTIFF

V.                                         5:07CV00116 JMM

RICKEY McCARRELL, et al.                                                                DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 20th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE